OPINION — AG — QUESTION: CAN A SCHOOL DISTRICT BE COMPELLED TO PARTICIPATE IN A SEWER IMPROVEMENT DISTRICT IN A TOWN, OR LEGALLY SPEND SCHOOL DISTRICT FUNDS " IN PAYMENT OF TAXES ON SEWER IMPROVEMENT BONDS ? " — NEGATIVE CITE: 11 O.S.H. 278 (J. H. JOHNSON) ** NOTE: SEE — 434 P.2d 287
CITY OF IDABEL V. SCHOOL DIST. 5, MCCURTAIN COUNTY — OVERRULED BY SUPREME COURT **